

NUMBER 13-13-00343-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE MARIA ELENA MARTINEZ

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Longoria
### Memorandum Opinion Per Curiam[1]

Relator, Maria Elena Martinez, filed a petition for writ of mandamus in the above cause on July 9, 2013, requesting that we direct the Honorable Noe Gonzalez, Presiding Judge of the 370th District Court of Hidalgo County, Texas, to issue a ruling on relator's motion to recuse. However, that same day, Judge Gonzalez rendered an order granting relator's motion to recuse and referring the case to the Presiding Judge of the Fifth Administrative Judicial Region, the Honorable Rolando Olvera, for

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

assignment.  Accordingly, this original proceeding has been rendered moot.  *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal."); *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought).

The Court, having examined and fully considered the petition for writ of mandamus, is of the opinion that this matter has been rendered moot.  Accordingly, the Court DISMISSES the petition for writ of mandamus as MOOT.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
10th day of July, 2013.